Nathaniel Miller, et al., Nathaniel Miller, Jr., a Minor, by His Father and Natural Guardian, Nathaniel Miller, and Ralph Miller, a Minor by His Father and Natural Guardian, Nathaniel Miller, Appellees, v. Ethel Douglas, d/b/a O. F. Douglas Funeral Home, et al., Defendants.

On Appeal of Ethel Douglas, d/b/a O. F. Douglas Funeral Home, Appellant.

**Gen. No. 49,018.**

First District, Third Division.

December 4, 1963.

Conrad G. Verges and George B. Collins, both of Chicago, for defendant-appellant; Mack Berg, of Chicago, for appellees. Opinion by JUSTICE McCORMICK. **Not to be published in full.**